No. 436. DENNIS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted limited to the question whether government employees could properly serve on the jury which tried petitioner. MR. JUSTICE BURTON took no part in the consideration or decision of these applications. *Earl Dickerson* and *Harry Sacher* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. *Arthur G. Silverman* filed a brief for the National Lawyers Guild, as *amicus curiae,* supporting the petition.

No. 452. GRAHAM ET AL. v. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. The motion of petitioners to vacate the stay and to reinstate the injunction is denied. *Joseph L. Rauh, Jr., Irving J. Levy* and *Henry Epstein* for petitioners. *Lester P. Schoene, Milton Kramer, Harold C. Heiss* and *Russell B. Day* for respondent. *Solicitor General Perlman* and *Robert L. Stern* filed a brief for the United States, as *amicus curiae,* supporting the petition.